UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

AUG 1 0 2004

RALPH L. DeLOACH, Clerk
By_____Deputy

| | |
|---|---|
| Garmin Corporation,<br>    a Corporation of Taiwan R.O.C.<br><br>        Plaintiff,<br><br>v.<br><br>NCR Corporation,<br>    a foreign Corporation.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   C4 - 2373 - KHV

---

## COMPLAINT

Plaintiff Garmin Corporation for its Complaint against NCR Corporation states and alleges as follows:

### The Parties

1.      Plaintiff Garmin Corporation is a corporation duly organized and existing under the laws of the nation of Taiwan, R.O.C. with a place of business at No. 68 Jang Shu 2nd Road, Shijii, Taipei, Taiwan, R.O.C.

2.      Upon information and belief, Defendant NCR Corporation ("NCR") is a foreign corporation with a place of business at 1700 South Patterson Blvd., Dayton, Ohio 45479.

### Jurisdiction and Venue

3.      This is an action for patent infringement arising under the patent laws, Title 35, United States Code. The Court has original jurisdiction over the subject matter pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this district in accordance with 28 U.S.C. §§ 1391(b) and 1400(b).

## CLAIM

4.      On October 21, 1997, United States Patent No. 5,680,192 (the "'192 patent"), entitled "Electro-Optical Display Device with Enlarged Viewing Area and Single-Sided Driver Connection," was duly and legally issued by the United States Patent and Trademark Office.

5.      Garmin Corporation is the sole owner of all right, title, and interest in and to the '192 patent including full rights to recover past and future damages thereunder.

6.      Garmin Corporation manufactures display devices and components which embody the claimed inventions of the '192 patent.

7.      Upon information and belief, NCR distributes throughout the United States including within this judicial district display devices, including but not limited to products called the NCR RealPOS 80 POS Workstation. By reason of their distribution of these products, NCR has been and is still directly and/or indirectly infringing the '192 patent by making, using, selling, and/or offering for sale display devices and components that embody the patented inventions.

8.      The acts of infringement by NCR have caused and will continue to cause Garmin damages and irreparable harm unless enjoined by this Court.

9.      Garmin Corporation has placed statutory notices on display devices and components made and sold by it covered by the '192 patent pursuant to 35 U.S.C. § 287, and by and through its subsidiary, Garmin Corporation has given written notice to NCR of its infringement.

10.     Upon information and belief, NCR has deliberately and willfully infringed the '192 patent and will continue to infringe the aforesaid patents unless enjoined by this Court.

WHEREFORE:

Garmin Corporation prays that this Court will enter judgement:

(a)     Permanently enjoining and restraining Defendant, its officers, directors, agents, dealers, representatives, servants, and employees, and all parties acting in concert with Defendant, from directly or indirectly infringing, inducing infringement or contributorily infringing U.S. Patent No. 5,680,192;

(b)     Granting to Plaintiffs an award of damages together with prejudgment interest for the damages suffered by Plaintiffs as a result of the infringement by Defendants, and an award trebling said damages in accordance with the provisions of 35 U.S.C. § 284;

(c)     Awarding Plaintiffs their costs and attorney's fees pursuant to the provisions of 35 U.S.C. § 285; and

(d)     Granting to Plaintiffs such other and further relief and remedy as justice may require.

## Jury Demand

Garmin Corporation hereby demands a jury for all issues so triable.

//

//

//

//

//

//

//

## Designation of Place of Trial

Pursuant to Local Rule 40.2, Plaintiff Garmin Corporation hereby requests Kansas City,

Kansas as the place of trial for this action.

Date: August 10, 2004

Respectfully submitted

Devon A. Rolf
KS Bar Number 15941
1200 E 151st Street
Olathe, Kansas 66062
Phone: (913) 397-8200
Fax:(913) 397-8282

**ATTORNEY FOR PLAINTIFFS**